IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD OTTO HANSEN,                    )
                                        )          4:05CV3232
                    Plaintiff,          )
                                        )
          vs.                           )          ORDER
                                        )
UNITED STATES MARSHAL'S                 )
SERVICE FOR THE DISTRICT OF             )
NEBRASKA, et al.,                       )
                                        )
                    Defendants.         )


          This matter is before the court on filing no. 20 the motion for an extension of time,
filed by the plaintiff.  The plaintiff requests an extension of time in which to respond to the
defendants' motion to dismiss (filing no. 11).  Upon review of the record, I will grant the
motion, and the plaintiff shall have the requested extension of time until December 16,
2005.

          SO ORDERED.

          DATED this 21st day of November, 2005.

                              BY THE COURT:


                              s/F.A. GOSSETT
                              United States Magistrate Judge