IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | |
| | ) | 4:05CV3232 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES MARSHAL'S SERVICE | ) | **ORDER** |
| FOR THE DISTRICT OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

    The Court has considered the Defendant's Motion for Extension of Time (Filing #35), and finds that the motion should be approved.

    IT IS THEREFORE ORDERED that the Defendant shall have until April 28, 2006, in which to respond to the Plaintiff's Motion for Relief from Order and Judgment, (Filing #32).

April 17, 2006.                              BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                 United States District Judge