IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | 4:05CV3232 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES MARSHAL'S SERVICE FOR THE DISTRICT OF NEBRASKA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for an enlargement of time (filing 54) is granted, as follows:

Defendant shall have until October 23, 2007, to respond to Plaintiff's Rule 60(b)(6) motion (filing 53).

October 2, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge