IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3232 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES MARSHAL'S SERVICE FOR THE DISTRICT OF NEBRASKA, sued in their official and individual capacities, ONE UNKNOWN, U.S. Marshal, sued in their individual and official capacities, and TWO UNKNOWN, U.S. Marshal, sued in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Relief from Order and Judgment. (Filing No. 53.) Plaintiff requests that the court relieve him from the Memorandum and Order (filing no. 23) and Judgment (filing no. 24) dismissing his Complaint. Because Plaintiff fails to set forth any legal or factual basis that would cause this court to reconsider its Memorandum and Order and Judgment the motion is denied.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Relief from Order and Judgment (filing no. 53) is denied.

March 28, 2008.                    BY THE COURT:

                               *s/Richard G. Kopf*
                               United States District Judge